```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/31/2019
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JASON CAMACHO and on behalf of all
other persons similarly situated,

                          Plaintiff,

       -against-

THE AMERCIAN MUSICAL AND DRAMATIC
ACADEMY,

                          Defendant.

-----------------------------------------------------------------X

**18-CV-10535 (PAE) (KHP)**

**ORDER ADJORUNING INITIAL
CASE MANAGEMENT
CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the parties' representation that they have settled this matter, the Initial Case Management Conference previously scheduled for **January 31, 2019** is hereby adjourned *sine die*.

        **SO ORDERED.**

DATED:    New York, New York
               January 31, 2019

*[signature: Katharine H. Parker]*
_____
KATHARINE H. PARKER
United States Magistrate Judge