CHRISTOPHER A. SEACORD
CSEACORD@GRSM.COM

**GORDON&REES**
**SCULLY MANSUKHANI**

ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

March 4, 2019

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Camacho v. The American Musical and Dramatic Academy*
      Docket No.: 1:18-cv-10535 (PAE)(KHP)

Dear Judge Engelmayer:

This firm is counsel for defendant, The American Musical and Dramatic Academy ("Defendant"), in connection with the above-referenced matter. We write, on behalf of all parties, to advise this Honorable Court that the parties have agreed upon a proposed Consent Decree, which is submitted herewith for the Court's review and approval.

By way of background, this case arises under Title III of the Americans with Disabilities Act ("ADA"), the New York State Human Rights Law ("NYSHRL"), and the New York City Human Rights Law ("NYCHRL"). In the Complaint, Plaintiff alleges that Defendant is a public accommodation and that its website is not equally accessible to persons with disabilities, specifically those who are blind or visually-impaired.

As set forth in the Consent Decree, this Court has subject-matter jurisdiction because at least one of Plaintiff's claims arises under a federal statute, raising federal-question jurisdiction, *see* 28 U.S.C. § 1331, and that statute also provides for a cause of action in the federal courts. *See* 42 U.S.C. § 12181. The Plaintiff's state and municipal law claims are within the supplemental jurisdiction of the Court. *See* 28 U.S.C. § 1367.

The parties have agreed to the language in the Consent Decree and wish to enter it with the Court. Accordingly, annexed hereto is a copy of the proposed Consent Decree, which has been signed by all parties to this matter.

We thank the Court for its consideration herein.

Respectfully submitted,

GORDON REES SCULLY
MANSUKHANI, LLP

*Christopher A. Seacord*

Christopher A. Seacord

cc:   All Counsel of Record (*via ECF*)